Appeal from a judgment of the Erie County Court (Kenneth F. Case, J.), rendered December 10, 2015. The judgment convicted defendant, upon her plea of guilty, of attempted criminal sexual act in the first degree.
 

 It is hereby ordered that the judgment so appealed from is unanimously affirmed.
 

 Memorandum: Defendant appeals from a judgment convicting her upon her plea of guilty of attempted criminal sexual act in the first degree (Penal Law §§ 110.00, 130.50 [3]). Contrary to defendant’s contention, the record establishes that County Court did not conflate the waiver of the right to appeal with those rights automatically forfeited by a guilty plea (see People v Mills, 151 AD3d 1744, 1745 [4th Dept 2017], lv denied 29 NY3d 1131 [2017]). The court “ ‘expressly ascertained from defendant that, as a condition of the plea, [she] was agreeing to waive [her] right to appeal’ ” (People v McCrea, 140 AD3d 1655, 1655 [4th Dept 2016], lv denied 28 NY3d 933 [2016]). The valid waiver of the right to appeal encompasses defendant’s challenge to the severity of the sentence (see People v Hidalgo, 91 NY2d 733, 737 [1998]; cf People v Maracle, 19 NY3d 925, 928 [2012]).
 

 Present—Whalen, P.J., Centra, DeJoseph, NeMoyer and Winslow, JJ.